# PAUL HASTINGS

1(212) 318-6252
pharaguberman@paulhastings.com

June 2, 2017

**VIA ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

93909.00002

*6/5/17 Matter adj to July 10, 2017 at 4:00 p.m. Time has been and continues to be excluded through Jan 8, 2017*

*Colleen McMahon*

Re:  *United States v. Connolly, et al.*, No. 16 Crim. 0370

Dear Chief Judge McMahon:

On behalf of Defendant Matthew Connolly, we respectfully request an adjournment of the Status Conference currently scheduled in the above-captioned matter for June 14, 2017 at 4:00 p.m. We have conferred with the Government, counsel for Co-Defendant Gavin Black, and Chambers and ask that the Status Conference be rescheduled to July 10, 2017 at 3:00 p.m., which we understand is convenient for the Court. All parties consent to this request.

This is the first request for an adjournment of this Status Conference. This adjournment will not affect any other scheduled dates.

Respectfully submitted,

**/s/ Phara A. Guberman**

for PAUL HASTINGS LLP

cc:   All Counsel (by ECF)



USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/17

Paul Hastings LLP | 200 Park Avenue | New York, NY 10166
t: +1.212.318.6000 | www.paulhastings.com