UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> MATTHEW CONNOLLY AND ) <br> GAVIN BLACK, ) <br> ) <br> *Defendants.* ) | No. 16-cr-370 (CM) |

## MOTION FOR *CURCIO* HEARING

The United States hereby moves the Court, for the reasons stated in the accompanying memorandum of law, to hold a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), to resolve actual and potential conflicts of interest that arise from Kenneth Breen's and Paul Hastings LLP's representation of defendant Matthew Connolly and their representation of Morgan Stanley.

Dated: June 23, 2017                                     Respectfully submitted,


SANDRA MOSER                                             JEFFREY D. MARTINO
Acting Chief, Fraud Section                              Chief, New York Office
Criminal Division                                        Antitrust Division
United States Department of Justice                      United States Department of Justice


_____/s/_____                                  _____/s/_____
CAROL L. SIPPERLY                                        MICHAEL T. KOENIG
Assistant Chief                                          Trial Attorney
ALISON L. ANDERSON                                       Antitrust Division
RICHARD A. POWERS                                        United States Department of Justice
Trial Attorneys                                          (202) 616-2165
Criminal Division, Fraud Section
United States Department of Justice