**U.S. Department of Justice**

Criminal Division

*Fraud Section*

```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/2/19
```

*Bond Building*
*1400 New York Avenue, N.W.*
*Washington, D.C. 20530*

**MEMO ENDORSED**

December 24, 2018

**VIA ECF**

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

OK

Re:  *United States v Connolly, et al, 16-cr-370 (CM)*

Dear Chief Judge McMahon:

[signature] 1/2/19

The Government respectfully proposes the following deadlines in response to the Court's Order, ECF 406. The Government will file its responses to Defendants' post-trial motions on February 4, 2019, and Defendants' replies to these motions will be filed on March 4, 2019.[1]

Respectfully,

/s/
Carol L. Sipperly, Senior Litigation Counsel
Alison L. Anderson, Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section

Michael T. Koenig, Trial Attorney
Christina J. Brown, Trial Attorney
United States Department of Justice
Antitrust Division

---

[1] Defendants have agreed to these filing deadlines but reserve the right to seek more time once the Government's responses are filed.